```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

GLENDA E. PHILLIPS                                          PLAINTIFF

v.                          Case No. 06-5224

READY FLOW, INC. and
LAWRENCE M. MORGAN                                         DEFENDANTS

### ORDER

The Court conducted a conference call on this date regarding Plaintiff's **Motion to Compel (Doc. 8)**.

For the reasons stated on the record, the motion is **GRANTED** to the extent that defense counsel shall provide plaintiff's counsel with the following within ten days of the date of this order:

* the original tape of the conversation(s) between plaintiff and Defendant Lawrence Morgan;
* the salesmen's trip reimbursement expense reports for 2003, 2004, and 2005; and
* an electronic copy of the Word and Excel documents generated on plaintiff's personal computer within two years prior to her termination.

IT IS SO ORDERED this 17th day of August 2007.

```
                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE
```